STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**ANGEL LUIS DELGADO DIAZ**                     Case No.   **11-07027-MCF**

                              Chapter 13       Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO**

| | |
|---|---|
| **I. Appearances** | **Date & Time:**   9/23/2011 10:00:00AM |
| Debtor            [ ]Present      [X] Absent | [ ] R       [X] NR     LV: |
| Joint Debtor      [ ]Present      [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor  [X] Present  [ ] Absent | **Creditors:** |
| [ ] Prose | none |
| [X] Substitute   M. Vega | |
| **II. Oath Administered**       [ ] Yes       [X] No | |

**III. Plan**

Date:   08/19/2011        Base:    $10,200.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:    11/4/2011  1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
   $3,000.00   -   $246.00    =   $2,754.00

**IV. Status of Meeting**

[ ] Closed        [X] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ANGEL LUIS DELGADO DIAZ                    Case No.   11-07027-MCF

                                           Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote |    [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Counsel for debtor states that will convert to chapter 7 in 10 days.

s/Pedro R Medina                                                                                    Date:    09/23/2011

**Trustee/Presiding Officer**                                                                           (Rev. 02/11)